tion by Charles W. Metcalf, an infant, etc., against Jonathan W. Metcalf. No opinion. Judgment and order affirmed, with costs.

METZ, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Nathan Metz against the Metropolitan Street Railway Company. B. H. Ames, for appellant. O. Horwitz, for respondent. No opinion. Judgment and order affirmed, with costs.

In re MINK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the discovery and delivery of property belonging to the estate of Lucy Mink, deceased.

PER CURIAM. Motion to dismiss appeal denied, without costs, upon condition that the appellant, within 10 days after service of a copy of this order, with notice of entry thereof, gives the undertaking provided for by section 2577 of the Code of Civil Procedure, leave to furnish which is hereby granted. In the event of the failure to furnish such undertaking, the motion is granted, with $10 costs.

MINTZ, Appellant, v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH, Respondent. (Supreme Court, Appellate Term. November 10, 1904.) Action by Louis Mintz against the North British & Mercantile Insurance Company of London & Edinburgh. From a judgment of the City Court in favor of defendant, and from an order denying plaintiff's motion for a new trial, plaintiff appeals. Affirmed. Moses Feltenstein, for appellant. Leo Levy, for respondent.

PER CURIAM. Upon full consideration we cannot find that the verdict is against the weight of the evidence, or that reversible error was committed at the trial. The judgment and order must be affirmed, with costs.

MOORE et al., Respondents, v. FOLAND, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Alfred A. Moore, Anna L. Moore, and Marian Moore against Chester Foland. No opinion. Judgment unanimously affirmed, with costs.

MOREL et al. v. STEARNS et al. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Marie J. E. Morel and others against John N. Stearns and others. No opinion. Motion denied.

MORRISON et al., Respondents, v. ULLMAN et al., Appellants. (Supreme Court, Appellate Division. Fourth Department. October 21, 1904.) Action by Solomon Morrison and another against Albert D. Ullman and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event. Held, that defendants' answer set forth a good defense, and that it was error to exclude the proof offered by

the defendants, under their answer and opening, and to direct a verdict in favor of the plaintiffs.

MURATORE, Appellant, v. PIRKL, Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Joseph Muratore against John Pirkl. No opinion. Motion denied, without costs.

MURPHY, Respondent, v. CROOKE, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Alexander D. Murphy against Robert L. Crooke. No opinion. Judgment of the Municipal Court affirmed, with costs.

MURPHY, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Charles Murphy against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

MURPHY, Appellant, v. STUCKEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John Murphy against William Stuckey. No opinion. Appeal dismissed, with $10 costs.

MUZZY v. GULICK et al. POWERS v. COPLEY et al. In re MUZZY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John B. Muzzy, as receiver, etc., against Ernestus Gulick and others. Action by Isaac P. Powers, for himself, etc., against George W. Copley and others. In the matter of the application of John B. Muzzy, as receiver, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

NASTASE, Respondent, v. BALTIMORE & O. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Vincenza Nastase, as sole administratrix, etc., against the Baltimore & Ohio Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

NATIONAL FIRE INS. CO. OF HARTFORD, Respondent, v. SULLARD, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the National Fire Insurance Company of Hartford against Benjamin E. Sullard. No opinion. Motion denied, without costs.

In re NELSON'S ESTATE. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) In the matter of the estate of Samuel Nelson, deceased.

PER CURIAM. Motion to resettle order denied, without costs. We think the questions in the order cover all the issues really litigated between the parties.

NESTER, Appellant, v. COLTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Ac-

tion by Samuel K. Nester against Henry Colter. No opinion. Judgment affirmed, with costs.

NESTER, Respondent, v. COLTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Samuel K. Nester against Henry Colter.

PER CURIAM. Order reversed, without costs of this appeal to either party, upon the decision affirming the judgment in Nester v. Colter (handed down herewith) 90 N. Y. Supp. 1106.

NESTER, Respondent, v. COLTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Samuel K. Nester against Henry Colter.

PER CURIAM. Order affirmed, without costs of this appeal to either party, without prejudice to the right of the defendant to make such further motion as he may be advised, upon the decision affirming the judgment in Nester v. Colter (handed down herewith) 90 N. Y. Supp. 1106.

NEW HARTFORD CANNING CO., Respondent, v. WINDHOLZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by the New Hartford Canning Company against Louis Windholz.

PER CURIAM. Order affirmed, with costs.
WILLIAMS and STOVER, JJ., dissent.

NEW YORK CENT. & H. R. R. CO., Appellant, v. HOYT, Town Clerk, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the New York Central & Hudson River Railroad Company against James A. Hoyt, town clerk, etc. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK LIFE INS. & TRUST CO., et al., Respondent, v. CHURCH OF HOLY COMMUNION, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the New York Life Insurance & Trust Company and others against the Church of the Holy Communion and others. No opinion. Order affirmed, with $10 costs and disbursements.

NIAGARA HOME TELEPHONE CO., Respondent, v. MATTESON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Proceedings for the condemnation of real property by the Niagara Home Telephone Company against Hiram E. Matteson. No opinion. Upon return of order to show cause, appeal dismissed, without costs.

NICKELL, Appellant, v. TRACY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Ida E. Nickell against Harriet Tracy and others. No opinion. Appeal dismissed, with costs.

NORTHERN ELEVATOR CO., Limited, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by the Northern Elevator Company, Limited, against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

OATMAN v. WATROUS et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Rachel E. Oatman against Harry W. Watrous and others.

PER CURIAM. Motion denied.

O'BRIEN, Appellant, v. WILLIAMSBURGH SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Daniel T. O'Brien, as administrator de bonis non, etc., of Anne Coote (formerly Anne Gaffney), deceased, against the Williamsburgh Savings Bank and another. No opinion. Motion for reargument granted, without costs, and case set down for November 15, 1904.)

O'CONNELL, Respondent, v. BAILEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by James O'Connell against William Trist Bailey, impleaded with Charles Cooper and others. No opinion. Order affirmed, with $10 costs and disbursements.

O'SHEA, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Daniel O'Shea, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PATTERSON, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Martha B. Patterson against Thomas H. Taylor. M. L. Bonner, for appellant. A. H. Holbrook, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PATTERSON v. WHITE STAR TOWING CO. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Thomas H. Patterson against the White Star Towing Company.

PER CURIAM. Motion denied, with $10 costs.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John Paul and Margaretha Paul against the Long Island Real Estate Exchange & Investment Company. No opinion. Motion denied.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Divi-